Superior Court
of the
State of Delaware

Jan R. Jurden
*President Judge*

Leonard L. Williams Justice Center
500 North King Street, Suite 10400
Wilmington, Delaware 19801-3733
Telephone (302) 255-0665

July 16, 2020

Dammeyin A. Johnson
SBI# 00306875
Howard R. Young Correctional Institution
1301 E. 12th Street
Wilmington, DE 19802

RE:   **State v. Dammeyin A. Johnson, ID No. 1609014541**

Dear Mr. Johnson:

The Court is in receipt of your Motion for Time Credited filed on April 7, 2020, stating you are entitled to credit for 2 days previously served on your Drug Dealing charge.[1]  Pursuant to Superior Court Criminal Rule 36, the Court may correct a clerical mistake in a judgment or order at any time.  Upon review of the record in your case, you are entitled to credit for 2 days previously served on your sentence for Drug Dealing, IN16-09-1493.  The Court hereby amends and corrects the Sentence Order[2] to reflect that Defendant is placed at 15 years Level V with credit for 2 days previously served, suspended after 4 years for 18 months at supervision Level III.  Therefore, Defendant's Motion for Time Credited is **GRANTED**.

　　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　/s/Jan R. Jurden

　　　　　　　　　　　　　　　　Jan R. Jurden, President Judge

JRJ:mls
Original to Prothonotary
cc:  Annemarie H. Puit, DAG

---

[1] D.I. 70.
[2] D.I. 26.